UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHI H.L.,[1]<br>Petitioner,<br>v.<br>WARDEN, MESA VERDE DETENTION CENTER, et al.<br>Respondents. | No. 1:26-cv-5839-TLN-CSK<br>A# 027-343-497<br>**RELEASE ORDER** |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 6, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 11.) Respondents filed objections to the findings and recommendations "for the reasons stated in their Answer." (ECF No. 12.)

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 11) are ADOPTED in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to the due process claim.

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Phi H.L. (A# 027-343-497) from ICE custody under the same conditions he was previously released in 2012. At the time of release, Respondents shall return to Petitioner all of his documents and possessions. Respondent shall file a **notice certifying compliance** with this provision **within 2 court days of the date of this Order**.

4. Respondents are ENJOINED from re-detaining Petitioner unless they obtain a travel document for removal to Vietnam and until they comply with statutory and constitutional protections, which include, at a minimum, seven-days' pre-deprivation notice and the requirements of 8 C.F.R. § 241.13(i) for revocation of release, and any other applicable statutory and regulatory procedures.

5. The Clerk of the Court is directed to serve a copy of this Order on **Mesa Verde Detention Center**, enter judgment in favor of Petitioner, and close this case.

IT IS SO ORDERED.

DATE: October 19, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE